UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No: 16-CR-40012 |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| JEFFREY CORDIO, | ) | 18 U.S.C. § 844(m) - |
| | ) | Conspiracy to Use Fire to |
| Defendant. | ) | Commit Mail Fraud |

## WAIVER OF INDICTMENT

I, Jeffrey Cordio, the above-named defendant, who is accused of Conspiracy to Use Fire to Commit Mail Fraud, from on or about November 6, 2013 continuing until on or about November 14, 2013, at Leominster in the District of Massachusetts, and elsewhere, in violation of Title 18, United States Code, Section 844(m), being advised of the nature of the charges, the proposed information, and my rights, hereby waive my right to prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Jeffrey Cordio

_____
Edward P. Ryan, Jr.
Counsel for the Defendant

Before: _____  3/9/16
The Honorable Timothy S. Hillman
United States District Court Judge