UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | No. 16-40012-TSH |
| ) | |
| JEFFREY CORDIO,         ) | |
|         Defendant       ) | |

### ASSENTED TO MOTION TO CONTINUE SENTENCING HEARING

Now comes the Defendant's counsel in the above-entitled mater, and moves for a continuance of the sentencing hearing now scheduled for June 1, 2016, as well as related dates for the filing of objections to the Presentence Report and other memoranda.

As grounds for this Motion, the Defendant states he needs additional time for preparation of the objections to the Presentence Report. Objections are due on or before May 11, 2016 and there is insufficient time to confer with the Defendant and draft appropriate objections by that date.

Accordingly, the undersigned requests a continuance to one of the following dates: July 18, 21, 25, 26, 27, 2016.

Respectfully submitted
The Defendant, by his attorney

/s/ Edward P. Ryan, Jr.
Dated: May 10, 2016             Edward P. Ryan, Jr., Esq.
                                O'Connor and Ryan, P.C.
                                80 Erdman Way, Suite 309
                                Leominster, MA 01453
ASSENTED TO:                    978-534-1301
                                BBO# 434960
/s/ Greg A. Friedholm
Greg A. Friedholm, AUSA

CERTIFICATE OF SERVICE

      I, Edward P. Ryan, Jr., *Attorney for the Defendant*, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

                                             /s/ Edward P. Ryan, Jr.
                                             Edward P. Ryan, Jr.