UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA   )
                                    )
v.                                 )         No. 16-40012-TSH
                                  )
JEFFREY CORDIO,           )
             Defendant   )
_____)

## MOTION TO AMEND CONDITIONS OF RELEASE

      Now comes the Defendant, Jeffrey Cordio, in the above entitled matter and moves that his conditions of release be amended to permit him to travel to the State of Maine to vacation with his family at Wells Beach from July 9 – July 16, 2016, and to Old Orchard Beach from July 30 – August 6, 2016.

                                      Respectfully submitted,
                                      Jeffrey Cordio, Defendant
                                      By his attorney,

                                      /s/ Edward P. Ryan, Jr.
                                      Edward P. Ryan, Jr., Esquire
                                      O'Connor and Ryan, P.C.
                                      80 Erdman Way, Suite 309
June 23, 2016                      Leominster, MA 01453
                                      978-534-1301
                                      BBO #434960

### CERTIFICATE OF SERVICE

      I, Edward P. Ryan, Jr., *Attorney for the Defendant*, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 23, 2016.

                                      /s/ Edward P. Ryan, Jr.
                                      Edward P. Ryan, Jr.