UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 16-40012-TSH |
| | ) | |
| JEFFREY CORDIO, | ) | |
| Defendant | ) | |

_____)

## AMENDED MOTION TO AMEND CONDITIONS OF RELEASE

Now comes the Defendant, Jeffrey Cordio, in the above entitled matter and moves that his conditions of release be amended to permit him to travel to the State of Maine to vacation with his family at York Beach from July 11 – July 15, 2016 (NOT Wells Beach from July 9 – July 16, 2016 as indicated in the previous Motion filed on June 23, 2016), and to Old Orchard Beach from July 30 – August 6, 2016.

Respectfully submitted,
Jeffrey Cordio, Defendant
By his attorney,

/s/ Edward P. Ryan, Jr.
Edward P. Ryan, Jr., Esquire
O'Connor and Ryan, P.C.
80 Erdman Way, Suite 309
Leominster, MA 01453
978-534-1301
BBO #434960

June 27, 2016

## CERTIFICATE OF SERVICE

      I, Edward P. Ryan, Jr., *Attorney for the Defendant*, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 27, 2016.

                                                    <u>/s/ Edward P. Ryan, Jr.</u>
                                                    Edward P. Ryan, Jr.