**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | )  **No. 16-40012-TSH** |
| | ) |
| **JEFFREY CORDIO,** | ) |
| **Defendant** | ) |
| | ) |

_____)

## <u>MOTION TO EXTEND TIME TO FILE A RESPONSE TO</u><br><u>UNITED STATES' MOTION FOR COURT TO CORRECT SENTENCE</u>

Now comes the Defendant, Jeffrey Cordio, in the above entitled matter and moves that this Court extend the time to file a response to the United States' Motion for Court to Correct Sentence, which was filed on September 14, 2016.

As grounds for this motion, the undersigned needs additional time to prepare the response to the Motion.  The response is currently due by September 28, 2016. A twenty-one (21) day extension to file the response is hereby requested.


Respectfully submitted,
Jeffrey Cordio, Defendant
By his attorney,

September 26, 2016          /s/ Edward P. Ryan, Jr.
Edward P. Ryan, Jr., Esquire
O'Connor and Ryan, P.C.
80 Erdman Way, Suite 309
ASSENTED TO:          Leominster, MA 01453
978-534-1301
/s/ Greg A. Friedholm          BBO #434960
Greg A. Friedholm, AUSA

<u>CERTIFICATE OF SERVICE</u>

I, Edward P. Ryan, Jr., *Attorney for the Defendant*, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 26, 2016.

<u>/s/ Edward P. Ryan, Jr.</u>
Edward P. Ryan, Jr.