# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | No. 16-40012-TSH |
| ) | |
| **JEFFREY CORDIO,** ) | |
|     **Defendant** ) | |
| _____) | |

### MOTION TO EXTEND TIME TO FILE A RESPONSE TO UNITED STATES' MOTION FOR COURT TO CORRECT SENTENCE

Now comes the Defendant, Jeffrey Cordio, in the above entitled matter and moves that this Court extend the time to file a response to the United States' Motion for Court to Correct Sentence, which was filed on September 14, 2016.

As grounds for this motion, the undersigned will be out of the country from October 27, 2016 – November 8, 2016 and needs additional time to prepare the response to the Motion. The response is currently due by October 19, 2016. An extension to file the response by November 18, 2016 is hereby requested.

        Respectfully submitted,
        Jeffrey Cordio, Defendant
        By his attorney,

October 17, 2016    /s/ Edward P. Ryan, Jr.
        Edward P. Ryan, Jr., Esquire
ASSENTED TO:    O'Connor and Ryan, P.C.
        80 Erdman Way, Suite 309
/s/ Greg A. Friedholm    Leominster, MA 01453
Greg A. Friedholm, AUSA  978-534-1301

CERTIFICATE OF SERVICE

      I, Edward P. Ryan, Jr., *Attorney for the Defendant*, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 17, 2016.

                                      /s/ Edward P. Ryan, Jr.
                                      Edward P. Ryan, Jr.